JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SCRIBNER, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:21-cv-04696-DSF (Ex) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. Dale S. Fischer <br><br> Complaint Filed: June 9, 2021 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-04696-DSF (Ex), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

DATED: September 16, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE